SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

Attorneys for Plaintiff
CLOAKWORKS, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CLOAKWORKS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>SAFENET, INC.,<br><br>    Defendant. | Case No. CV 10-1496 WHA<br><br>**STIPULATION TO RESET INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Plaintiff Cloakworks, Inc. ("Cloakworks") and defendant SafeNet, Inc. ("SafeNet"), hereby stipulate through their respective attorneys of record as follows:

WHEREAS, on April 8, 2010, Cloakworks filed its Complaint in this action; and

WHEREAS, no trial date has been set; and

WHEREAS, the initial Case Management Conference in this action has been set to occur on July 15, 2010; and

WHEREAS, no previous extensions have been requested for the date of the Case

Management Conference in this matter; and

WHEREAS, the lead trial counsel for plaintiff in this matter is unavailable for the current July 15, 2010 date for the Case Management Conference because of a long-planned vacation outside of the country:

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the date of the Initial Case Management Conference be rescheduled to July 22, 2010, or as soon thereafter as is convenient for the Court.

DATED:  June 4, 2010                              HOSIE RICE LLP


                                                  */s/George F. Bishop* _____
                                                  George F. Bishop
                                                  *Attorneys for Plaintiff*
                                                  *CLOAKWORKS, INC.*



                                                  MORGAN LEWIS & BOCKIUS LLP


                                                  */s/Daniel Johnson, Jr.*_____
                                                  Daniel Johnson, Jr.
                                                  *Attorneys for Defendant*
                                                  *SAFENET, INC.*


**CERTIFICATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order 45X.B, I, George F. Bishop, attest that the above signatories for the Defendants have concurred and consented to the filing of this document.

DATED:  June 4, 2010

                                                  */s/George F. Bishop*_____
                                                  George F. Bishop

1  **PURSUANT TO STIPULATION IT IS ORDERED THAT**

2      The Case Management Conference Is Rescheduled To  July 22, 2010    .

4  Dated:  June 7, 2010.

   Honorable William H. Alsup
   U.S. DISTRICT COURT JUDGE

   *IT IS SO ORDERED*
   *Judge William Alsup*