SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 78530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
Tel: (415) 247-6000
Fax: (415) 247-6001

Attorneys for Plaintiff
CLOAKWORKS, INC

DANIEL JOHNSON, JR. (CA Bar No. 57409)
RITA E. TAUTKUS (CA Bar No. 162090)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
rtautkus@morganlewis.com

DAVID V. SANKER (CA Bar No. 251260)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650-843-4000
Fax: 650-843-4001
dsanker@morganlewis.com

Attorneys for Defendant
SAFENET, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLOAKWORKS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAFENET, INC., <br><br> Defendant. | Case No. CV 10-1496 WHA <br><br> [~~PROPOSED~~] ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION |

| Deadline Description | Proposed Date |
|---|---|
| Patent L.R. 3-1 Infringement Contentions and Patent L.R. 3-2 Document Production | August 6, 2010 |
| Patent L.R. 3-3 Invalidity Contentions and Patent L.R. 3-4 & 3-7 Document Productions | September 20, 2010 |
| Patent L.R. 4-1 Exchange of Proposed Terms | September 30, 2010 |
| Patent L.R. 4-2 Exchange of Preliminary Claim Construction and Extrinsic Evidence | October 20, 2010 |
| Patent L.R. 4-3 Joint Claim Construction and Prehearing Statement | November 19, 2010 |
| Patent L.R. 4-4 Close of Claim Construction Discovery | December 20, 2010 |
| Patent L.R. 4-5(a) Opening Claim Construction Brief | January 3, 2011 |
| Patent L.R. 4-5(b) Opposition Claim Construction Brief | January 18, 2011 |
| Patent L.R. 4-5(c) Reply Claim Construction Brief | January 25, 2011 |
| Tutorial | February 9, 2011 |
| Claim Construction Hearing | February 23, 2011 |

The Court having considered the schedule above, and upon good cause showing,

**IT IS HEREBY ORDERED:**

That the [Proposed] Order re Schedule for Claim Construction is hereby adopted by the Court. The parties shall comply with this Order.

Dated: August 23, 2010

_____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

1     Concurrence in the filing of this document has been obtained from counsel for Plaintiff
2 Cloakworks, Inc.  I declare under penalty of perjury under the laws of the United States of
3 America that the foregoing is true and correct.  Executed this 19th day of August 2010, at San
4 Francisco, California.

                                                                                      /s/ Rita E. Tautkus
                                                                                      Rita E. Tautkus