SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

Attorneys for Plaintiff
CLOAKWORKS, INC.

DANIEL JOHNSON, JR. (CA Bar No. 57409)
RITA E. TAUTKUS (CA Bar No. 162090)
MORGAN, LEWIS BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
djjohnson@morganlewis.com
rtautkus@morganlewis.com

DAVID V. SANKER (CA Bar No. 251260)
MORGAN, LEWIS BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
dsanker@morganlewis.com

Attorneys for Defendant
SAFENET, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CLOAKWORKS, INC.

      Plaintiff,

v.

SAFENET, INC.,

      Defendant.

Case No. CV 10-1496 WHA

**STIPULATION TO AMEND INFRINGEMENT CONTENTIONS AND [PROPOSED] ORDER**

Pursuant to stipulation by and between the parties hereto, plaintiff CloakWorks, Inc. ("CloakWorks") and defendant SafeNet, Inc. ("SafeNet") through their respective attorneys of record, hereby request that the Court set the dates of certain events relating to this patent case, on the dates set forth below.

Pursuant to the Court approved claim construction schedule of August 23, 2010, CloakWorks had served its initial infringement contentions on August 6, 2010, the date due. CloakWorks now wishes to amend its infringement contentions. Thus, the parties propose that CloakWorks be permitted to amend on or before September 15, 2010. The parties stipulate that SafeNet be given an extension to serve their invalidity contentions until October 4, 2010.

The parties represent that this extension will not delay any other dates set forth in the current schedule nor does it affect any dates on the July 23, 2010 scheduling order.

Accordingly, the parties stipulate and request that the Court order the following deadlines for the following case events:

| Event | Dates |
| --- | --- |
| Service of Amended Infringement Contentions | September 15, 2010 |
| Service of Invalidity Contentions and Document Production [LR 3-4 & 3-7] | October 4, 2010 |

DATED:  September 10, 2010			HOSIE RICE LLP


					*/s/Bruce Wecker*_____
					Bruce Wecker
					*Attorneys for Plaintiff*
					*CLOAKWORKS, INC.*

|   |   |
|---|---|
| 1 | MORGAN LEWIS & BOCKIUS LLP |
| 2 |   |
| 3 | /s/Rita E. Tautkus_____ <br> Rita E. Tautkus <br> *Attorneys for Defendant* <br> SAFENET, INC. |

### CERTIFICATION PURSUANT TO GENERAL ORDER 45

Pursuant to General Order 45X.B, I, Bruce Wecker, attest that the above signatories for the Defendant has concurred and consented to the filing of this document.

DATED:  September 10, 2010

                                         /s/Bruce Wecker_____
                                         Bruce Wecker

**ORDER**

Pursuant to stipulation, Cloakworks will serve its amended infringement contentions on or before September 15, 2010, and SafeNet will serve its invalidity contentions and related document production on or before October 4, 2010.  As both sides have agreed, **no deadlines set forth in the case management order or the claim construction schedule will be affected by this stipulation.** Furthermore, no deadlines will be extended on account of these amended contentions.

**IT IS SO ORDERED.**

Dated:  September 10, 2010.

_____
**WILLIAM ALSUP**
UNITED STATES DISTRICT JUDGE