UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CLOAKWORKS, INC.<br><br>       Plaintiff,<br><br>v.<br><br>SAFENET, INC.,<br><br>       Defendant. | Case No. CV 10-1496 WHA<br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the provisions of Fed. R. Civ. P. 41, Plaintiff Cloakworks, Inc., by and through its counsel of record, hereby dismisses with prejudice all claims asserted by it against SafeNet, Inc. in *Cloakworks, Inc. v. SafeNet, Inc.*, Case No. CV 10-1496 WHA. Each side will bear its own fees and costs.

Dated:   January 3, 2011                                   Respectfully submitted,


                                                           */s/ Bruce Wecker*_____ _____
                                                           SPENCER HOSIE (CA Bar No. 101777)
                                                           shosie@hosielaw.com
                                                           BRUCE WECKER (CA Bar No. 078530)
                                                           bwecker@hosielaw.com
                                                           GEORGE F. BISHOP (CA Bar No. 89205)
                                                           gbishop@hosielaw.com
                                                           HOSIE RICE LLP
                                                           188 The Embarcadero, Suite 750
                                                           San Francisco, CA 94105
                                                           (415) 247-6000 Tel.
                                                           (415) 247-6001 Fax

                                                           *Attorneys for Plaintiff*
                                                           *CLOAKWORKS, INC.*


                                                           */s/ David Sanker*_____
                                                           DANIEL JOHNSON, JR. (SBN 57409)
                                                           RITA E. TAUTKUS (SBN 162090)
                                                           MORGAN, LEWIS & BOCKIUS LLP
                                                           One Market, Spear Street Tower
                                                           San Francisco, CA 94105-1126
                                                           Email: djjohnson@morganlewis.com
                                                           Email: rtautkus@morganlewis.com

                                                           DAVID V. SANKER (SBN 251260)
                                                           MORGAN, LEWIS & BOCKIUS LLP
                                                           2 Palo Alto Square
                                                           3000 El Camino Real, Suite 700
                                                           Palo Alto, CA 94306-2122
                                                           Email:  dsanker@morganlewis.com

                                                           *Attorneys for Defendant*
                                                           *SAFENET, INC.*

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated:   January 3, 2011

                                           */s/ Bruce Wecker*_____
                                           Bruce Wecker

SO ORDERED.

Dated: January  3 , 2011                 _____
                                           Honorable William H. Alsup